No. 86–1967. TAVOULAREAS v. WASHINGTON POST CO. ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–1627. CITY OF ANGOON ET AL. v. HODEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Motion of Nunam Kitlutsisti for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 86–1681. RUSSO ET AL. v. MITCHELL ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–1704. MAYNARD, WARDEN, ET AL. v. DUTTON. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–1936. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS v. WILSON. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–1943. McCARTHY, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS v. CARTER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–2064. PIPES ET AL. v. BENNY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–89. FOLTZ, WARDEN v. THOMAS. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–97. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. BUNDY. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.